An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM A. ZAMBONI, M.D.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KENNETH C. CORY, DISTRICT
JUDGE,
Respondents,
and
ERIN HEGARTY,
Real Party in Interest.

No. 63143

**FILED**

MAY 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for writ of mandamus, or alternatively, prohibition, challenges a district court order denying a motion in limine and motion for partial summary judgment.

Whether a petition for mandamus or prohibition relief will be considered is purely discretionary with this court. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). It is petitioner's burden to demonstrate that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Petitioner has not provided a copy of any written order from the district court, providing only a copy of the minutes from the hearing on petitioner's motion. This petition is therefore improper, as an oral order is ineffective because the district court remains free to

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14416

reconsider the issue. *Div. of Child & Family Servs., Dep't of Human Res., State of Nev. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 451, 92 P.3d 1239, 1243 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:     Hon. Kenneth C. Cory, District Judge
        Mandelbaum, Ellerton & McBride
        Cohen & Padda, LLP
        Eighth District Court Clerk

---

[1]In light of this order, we deny petitioner's motion for a stay as moot.